UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD SORRENTINO,

                Plaintiff,

v.

SYSKA HENNESSY GROUP, INC., SH GROUP, INC., CRAIG KALLE AND RICHARD A. FINCHER,

                Defendants.

**ACKNOWLEDGEMENT OF SERVICE OF PROCESS ON BEHALF OF ALL DEFENDANTS**

Civil Action No. 08-CV-0287 (RMB)

    The undersigned hereby acknowledges and accepts receipt of service of process of a Summons and Complaint in the above-captioned matter, effective January 23, 2008, on behalf of Syska Hennessy Group, Inc., SH Group, Inc., Craig Kallé and Richard A. Fincher and confirms that the Answer to the Complaint will be due on or before February 12, 2008.

Dated: January 25, 2008

                              BOND, SCHOENECK & KING, PLLC

                              By: _____
                                   Michael I. Bernstein
                              Attorneys for Defendants
                              Office and P.O. Address
                              330 Madison Avenue, 39th Floor
                              New York, New York  10017-5001
                              Telephone:  (646) 253-2300

TO:    THE SALVO LAW FIRM, PC
          Cindy D. Salvo, Esq.
          Attorneys for Plaintiff
          303 South Broadway, Suite 222
          Tarrytown, New York  10591