UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD SORRENTINO,

              Plaintiff,

    v.

SYSKA HENNESSY GROUP, INC., SH GROUP, INC.,
CRAIG KALLE AND RICHARD A. FINCHER,

              Defendants.

**RULE 7.1 STATEMENT**

Civil Action No. 08-CV-0287 (RMB)

    Defendants, SYSKA HENNESSY GROUP, INC., SH GROUP, INC., CRAIG KALLE and RICHARD A. FINCHER, by and through their attorneys, BOND, SCHOENECK & KING, PLLC, hereby declare as follows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. SH Group, Inc. is the parent corporation of Syska Hennessy Group, Inc.

2. No publicly held corporation holds 10% or more of said Defendants' stock.

Dated: New York, NY
       February 12, 2008

BOND, SCHOENECK & KING, PLLC

By:   s/Louis P. DiLorenzo
      Louis P. DiLorenzo (LD-3988)
      Michael I. Bernstein (MB-6370)
Attorneys for Defendants
Office and P.O. Address
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
Telephone: (646) 253-2300

TO: THE SALVO LAW FIRM, PC
     Cindy D. Salvo, Esq.
     Attorneys for Plaintiff
     303 South Broadway, Suite 222
     Tarrytown, New York 10591