UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD SORRENTINO,

                  Plaintiff,

      v.

SYSKA HENNESSY GROUP, INC., SH GROUP, INC.,
CRAIG KALLE AND RICHARD A. FINCHER,

                  Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No. 08-CV-0287 (RMB)

      Louis P. DiLorenzo, an attorney-at-law admitted to practice before this Court, hereby certifies that on February 12, 2008 copies of **Defendants' Answer** and **Rule 7.1 Statement** were served upon the following counsel via the Court's ECF system:

                THE SALVO LAW FIRM, PC
                  Cindy D. Salvo, Esq.
                  Attorneys for Plaintiff
              303 South Broadway, Suite 222
                  Tarrytown, NY 10591

Dated: New York, NY
        February 12, 2008                        BOND, SCHOENECK & KING, PLLC

                                                By:   s/Louis P. DiLorenzo
                                                      Louis P. DiLorenzo (LD-3988)
                                                      Michael I. Bernstein (MB-6370)
                                        Attorneys for Defendants
                                        Office and P.O. Address
                                        330 Madison Avenue, 39th Floor
                                        New York, New York 10017-5001
                                        Telephone: (646) 253-2300