UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Gerald Sorrentino
    Plaintiff(s),

**Case Management Plan**

08 CV. 287 (RMB)

Syska Hennessy Group, Inc.
SH Group, Inc., Craig Kalle and
Richard A Fincher
    Defendant(s).
----------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _March 20, 2008_

(ii)  Amend the pleadings by _March 20, 2008_

(iii) All discovery to be **expeditiously** completed by _6/20/08 (FACT + Expert)_

(iv)  Consent to Proceed before Magistrate Judge ___

(v)   Status of settlement discussions _unproductive 6/23/08 @ 10:00 AM with principals_

Sections **vi through xi will be set at conference with the Court.**

(vi)  Motions_____

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)  Final Pre-Trial Conference_____

(x)   Trial_____

(xi)  Other_____

SO ORDERED: New York, New York
    _2/19/08_

_RMB_

Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08