AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GERALD SORRENTINO,
                Plaintiff,

v.

SYSKA HENNESSY GROUP, INC., SH GROUP, INC., CRAIG KALLE AND RICHARD A. FINCHER,

                Defendant.

**APPEARANCE**

Case Number:   08-CV-0287 (RMB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Syska Hennessy Group, Inc.;
        SH Group, Inc.;
        Craig Kalle;
        Richard A. Fincher.

    I certify that I am admitted to practice in this court.

March 5, 2008
Date

Signature [signed: Michael P. Collins]

Michael P. Collins               MC-0906
Print Name                           Bar Number

Bond, Schoeneck & King, PLLC
Address
330 Madison Avenue, 39th Floor
New York, NY 10017
City                State              Zip Code

646-253-2300            646-253-2301
Phone Number             Fax Number