USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD SORRENTINO,

                **Plaintiff,**

- against -

SYSKA HENNESSY GROUP, INC., et al.,

                **Defendants.**

**ORDER**

08 Civ. 0287 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Court on March 12, 2008,

**IT IS HEREBY ORDERED THAT** the deposition of the plaintiff, Gerald Sorrentino, will be the first deposition to be held.

**SO ORDERED this 12th day of March 2008**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge