# The Salvo Law Firm
A Professional Corporation

101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068
973-795-1228
973-228-6492 (fax)
www.salvolawfirm.com

JUN 0 3 2008

**MEMO ENDORSED**

Cindy D. Salvo
(973) 228-6492 (direct dial)
csalvo@salvolawfirm.com

> Final discovery extension (fact + expert) granted to 8/20/08 (August 20, '08)
>
> SO ORDERED:
> Date: 6/10/08
> [signed] Richard M. Berman
> Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

June 3, 2008

Hon. Richard M. Berman, U.S.D.J.
United States District Court
500 Pearl Street, Room 650
New York, New York 10007

Re: **Sorrentino v. Syska Hennessy Group, Inc., et al.**
**Civil Action No.: 08-CV-0287 (RMB)**

Dear Judge Berman:

We represent plaintiff Gerald Sorrentino in the above-referenced matter. Recently we sent the enclosed letter to Magistrate Judge Ellis, dated May 21, 2008, seeking an extension of the discovery deadline from June 20, 2008 until September 18, 2008. Judge Ellis's chambers informed me yesterday that because it was your Honor who set the original discovery deadline, his Honor would prefer if your Honor ruled on the extension of time.

This is our first request for an extension. We believe that a deadline of September 18, 2008 will allow us to complete fact discovery. We respectfully request that your Honor grant our request.

Thank you.

Respectfully submitted,

[signature]
Cindy D. Salvo

cc: Michael Collins, Esq. (via first-class mail, w/out encl.)