JUN 19 2008

# The Salvo Law Firm
A Professional Corporation

~~101 Eisenhower~~ Parkway, Suite 300
Roseland, New Jersey 07068
973-795-1228
~~973-228~~-6492 (fax)
www.salvolawfirm.com

> Application granted.
> Conference adjourned to
> 8/20/08 at 9:00 a.m.
>
> SO ORDERED:
> Date: 6/19/08
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

Cindy D. Salvo
(973) 226-7732 (direct dial)
csalvo@salvolawfirm.com
Member of NJ and NY bars

June 19, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

**VIA FACSIMILE, WITH PERMISSION**
Hon. Richard M. Berman, U.S.D.J.
United States District Court
500 Pearl Street, Room 650
New York, New York 10007

Re: **Sorrentino v. Syska Hennessy Group, Inc., et al.**
**Civil Action No.: 08-CV-0287 (RMB)**

Dear Judge Berman:

We represent the plaintiff, Gerald Sorrentino, in the above-referenced matter. Earlier today we received an e-mail from Lucas Moskowitz which reminded us that a settlement conference had been scheduled in this matter for Monday, June 23, 2008. This conference had been scheduled so as to follow our original discovery deadline of June 20, 2008. However, we just learned today that your Honor has extended the discovery deadline to August 20, 2008, pursuant to our earlier request.

I spoke with opposing counsel, Michael Collins, and we both agreed that it does not make sense for us to hold a settlement conference at this time, but, rather, the conference should be rescheduled for some time following the new discovery deadline. We called and spoke to Ann McKenna who suggested that we put this request in writing, and gave us permission to send this letter via facsimile to chambers.

We, thus, respectfully request that your Honor adjourn and reschedule the June 23, 2008 settlement conference. Thank you for your Honor's attention to this matter.

Respectfully submitted,

Cindy D. Salvo

cc: Michael Collins, Esq. (via facsimile)