

RECEIVED
AUG 13 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

# MEMO ENDORSED

MICHAEL P. COLLINS
Direct: 646-253-2318
Fax: 646-253-2301
MCollins@bsk.com

August 12, 2008

*Application granted. Conference adjourned to 10/16/08 at 9:30 a.m.*

SO ORDERED:
Date: 8/13/08
Richard M. Berman, U.S.D.J.

<u>VIA UPS OVERNIGHT MAIL</u>

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:    *Sorrentino v. Syska Hennessy Group, Inc., et al.;* 08 CV 0287

Dear Judge Berman:

    We are counsel for defendants in the referenced action. We write, with the consent of plaintiff's counsel, to request an adjournment of the settlement conference, currently scheduled for August 20, 2008 at 9 a.m., until after the close of expert discovery on October 6, 2008. Both counsel agree that, at present, the prospects of settlement are minimal, but we are aware that the upcoming expert mental examination of plaintiff could impact our respective positions and accordingly, we respectfully request that the August 20, 2008 settlement conference be adjourned until after October 6, 2008.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Michael P. Collins

MPC/di

cc (by fax):    Cindy D. Salvo, Esq.